727 A.2d 124

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

**v.**

**Sharon BRASS–COREY, Respondent.**

**No. 508 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 12, 1999.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of April, 1999, there having been filed with this Court by Sharon Brass–Corey her verified

Statement of Resignation dated March 3, 1999, stating that she desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Sharon Brass–Corey be and it is hereby accepted and she is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that she shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.